UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  17-37189 |
| Theresa Rayford | ) | |
| | ) | |
| | ) | Chapter:  13 |
| | ) | |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

## ORDER EXTENDING THE AUTOMATIC STAY

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERD

A. That the Debtor has rebutted the presumption of abuse by clear and convincing evidence that this case was filed in good faith.

B. That the automatic stay is hereby extended as to all creditors pursuant to §362(c)(3), ~~pending further order of the Court.~~ until 2-26-18 at 10:30 AM

Enter:

Jacqueline P. Cox
J. Cox
United States Bankruptcy Judge

Dated: 1/8/18

**Prepared by:**
David M. Siegel
ARDC 6207611
David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100

Rev: 20170105_bko